# Court of Appeals
# of the State of Georgia

ATLANTA,___June 29, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0128. MILLER v. THE STATE.**

Isaac Jerome Miller appeals his armed robbery conviction. In denying Miller's motion for new trial, the trial court noted that the court had "conducted a hearing [on the motion] on September 24, 2013." And, in spite of Miller's request in his notice of appeal that the transcripts of all motion hearings be included in the appellate record, the record does not contain a transcript of the hearing on his motion for new trial. Accordingly, we **REMAND** this case to the Superior Court of Dougherty County for completion of the record. When the superior court clerk has completed preparation of the record in accordance with the directives in the notice of appeal, the clerk is directed to transmit the record to this court for re-docketing.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,_____06/29/2015_____*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*